# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA

In Re:
JOSEPH A. BROGAN, JR.           Case # 03-10423-RGM

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

PAYEE                              AMOUNT

JOSEPH A. BROGAN, JR.         $1,525.00
801 15TH STREET, STE. 306
ARLINGTON, VA 22203

Dated:      September 27, 2005      __/s/Gerald M. O'Donnell _____
                                        Gerald M. O'Donnell
                                        211 North Union Street, Ste. 240
                                        Alexandria, VA 22314
                                        (703) 836-2226
                                        VSB#7930